# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Ronald Allison,<br><br>            Plaintiff,<br><br>v.<br><br>L.V.M.P.D.,<br><br>            Defendant. | Case No. 2:22-cv-00266-JAD-BNW<br><br>**ORDER** |

Plaintiff submitted initiating documents to this Court on February 14, 2022. ECF No. 1. Plaintiff did not pay the filing fee for this case or file an application to proceed *in forma pauperis*.

If Plaintiff is unable to pay the filing fee in this case, Plaintiff must complete an application to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1) and Local Special Rule ("LSR") 1-1. If Plaintiff can pay the filing fee, he must do so.

**IT IS THEREFORE ORDERED** that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis*, as well as the document titled "Information and Instructions for Filing an *In Forma Pauperis* Application."

**IT IS FURTHER ORDERED** that by March 7, 2022, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LRS 1-1; or (2) pay the full $402 fee for a civil action, which includes the $350 filing fee and the $52 administrative fee. Plaintiff is advised that failure to comply with this order will result in a recommendation that this case be dismissed.

DATED: February 15, 2022.

_____
Brenda Weksler
United States Magistrate Judge