# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Ronald Allison,<br><br>  Plaintiff,<br><br>  v.<br><br>L.V.M.P.D.,<br><br>  Defendant. | Case No. 2:22-cv-00266-JAD-BNW<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff initiated this case on February 14, 2022. ECF No. 1. Plaintiff's first filing did not include a filing fee or an application to proceed *in forma pauperis* (IFP). *Id.* Accordingly, the Court ordered Plaintiff to file an IFP application or pay the filing fee by March 7, 2022. ECF No. 3. The Court advised Plaintiff that a failure to comply with its order would result in a recommendation that this case be dismissed. *Id.* Since this last order (filed on February 15, 2022), Plaintiff has not taken any action in this case. Accordingly, it appears that Plaintiff abandoned his case.

**IT IS THEREFORE RECOMMENDED** that Plaintiff's case be dismissed without prejudice.

//

//

//

//

//

//

//

//

//

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: March 14, 2022.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE